**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>JOSE GARCIA-COSME, et al<br>Defendants. | CRIMINAL NO. 00-096(SEC) |

**UNITED STATES OF AMERICA'S MOTION TO WITHDRAW**
**AS THE ASSISTANT UNITED STATES ATTORNEY**
**ASSIGNED TO THE CASE**

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by its attorneys and very respectfully states

and prays as follows:

1.  That as of June 5, 2007, AUSA Warren Vázquez is not the Assistant U.S. Attorney

responsible for the prosecution of the above referenced case.  The AUSA responsible for this case

is Dina Avila.

WHEREFORE, the United States respectfully requests that this Honorable Court take notice

of the foregoing and grant the withdrawal of AUSA Warren Vázquez as the attorney responsible for

the prosecution of the instant case.

2

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 5th day of June, 2007.

> ROSA EMILIA RODRIGUEZ-VELEZ
> United States Attorney

> s/Warren Vázquez
> Warren Vázquez - 125413
> Assistant U. S. Attorney
> Deputy Chief, Violent Crimes Unit
> Criminal Division
> Torre Chardón, Suite 1201
> 350 Carlos Chardón Street
> Hato Rey, Puerto Rico  00918
> Tel. (787) 766-5656
> Fax (787) 771-4050
> Email: warren.vazquez@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk

of Court using the CM/ECF system which will send notification of such filing to counsel(s) for each

of the defendant(s).

At San Juan, Puerto Rico, this 5th day of June, 2007.

> s/Warren Vázquez
> Assistant U.S. Attorney