# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br> Plaintiff, <br><br> v. <br><br> **Garcia-Cosme, et al.** <br> Defendants. | Criminal No. 00-096 (SEC) |

## NOTICE OF ABSENCE

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by and through the undersigned attorneys and very respectfully states and prays as follows:

The undersigned Assistant United States Attorney will be absent from this jurisdiction in official travel from the 7th to the 18th of January, 2008. The undersigned will be attending a mandatory training for new Assistant United States Attorneys, namely, the Basic Criminal Trial Advocacy Seminar at the National Advocacy Center in Columbia, SC. Therefore, the undersigned requests that any matter brought to the attention of this Court which may require a response or appearance by the United States of America be postponed until after the 18th of January, 2008.

**WHEREFORE**, the United States of America respectfully requests that this Honorable Court take notice of the foregoing Notice of Absence.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 4th day of January, 2008.

Rosa Emilia Rodríguez-Vélez
United States Attorney

s\Ilianys Rivera Miranda
Ilianys Rivera Miranda - 223006
Assistant U.S. Attorney
Torre Chardon, Room 1201
350 Carlos Chardon Avenue
San Juan, PR 00918
Tel. (787) 766-5656
Ilianys.Rivera@usdoj.gov

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system to notify the counsels of record.

    At San Juan, Puerto Rico, this 4th day of January, 2008.

    s\<u>Ilianys Rivera Miranda</u>
    Ilianys Rivera Miranda - 223006
    Assistant U.S. Attorney