Jose Garcia Cosme
#06883-069
Federal Medical Center
P.O. Box 879
Ayer, MA 01432

> To: Judge-Mr.-Salvador E. Casillas
> U. S District Judge for the U. S
> District Of Puerto Rico.
> Clerk's Office
> United States District Court P. R.
> Room 150 Federal Building
> San Juan, P. R. 00918-1767

**U.S vs. Jose Garcia Cosme Ref. Crime. NO 3:00. CR. 096-1(sec)**

Dear Judge Mr. Salvador E. Casillas:

Before I was sentenced by you on October 12, 2001, I was interviewed and Drug tested for my Pre-Sentence Report, the result of the test came back positive for cocaine, as a result of been an addict and actively using the drug since I was in my teens. The drug abusing has been a problem in my life for a very long time now, and at this point of my life I am looking for a way to rehabilitate and clean my self from this horrible problem that I have. Because of that I wish to enroll in the (500) Five hundred hours Resident Drug Program available in the F.B.O.P. before the completion of my current sentence, I know this program will help me reach my goal of rehabilitation. The B.O.P. office in charge of the Program **R.D.A.P.** has advise me to follow and complete this program in order to have a better chance to end my addiction. But in order to get into the program I need to have a Court Recommendation, and can only come from you your honor. I need a Court Recommendation to help me fulfill my dream of a complete rehabilitation, this will mean a full and better re-

integration into society, and at this point I can only get it by your recommendation in my enrollment of this program.

 Thank you very much in advance for your help and guidance on this very important matter of my life.

Sincerely yours:

_____
Jose Garcia Cosme