NAME:   GARCIA-COSME, JOSE                REG NO: 06883-069

---------------------------- INSTITUTIONAL ADJUSTMENT ----------------------------

A.  PROGRAM PLAN:
Inmate Garcia-Cosme arrived at FMC Devens on April 3, 2007, as a transfer from Fort Dix, NJ. At his initial review and those to follow, it was recommended that he enroll in educational programming, maintain clear institutional conduct, maintain his family ties, to participate in recreational activities and complete drug educational programming. He has adjusted well to his surroundings and inmate peers. He is not considered a management problem.

B.  WORK ASSIGNMENTS:
Inmate Garcia-Cosme earns Good to Outstanding work ratings in all of his job assignments.

| INST | WORK ASSIGNMENT | | START DATE | STOP DATE |
|---|---|---|---|---|
| DEV | REC ORDRLY | RECREATION ORDERLY - MAIN | 05-07-2007 | CURRENT |
| DEV | CCS AM | COMPOUND ORDERLY AM | 05-02-2007 | 05-07-2007 |
| DEV | FS 1 | FOOD SERVICE AM | 04-26-2007 | 05-02-2007 |
| DEV | A&O | ADMISSION & ORIENTATION | 04-03-2007 | 04-10-2007 |
| FTD | 5752 ORD E | BLDG 5752 ORDERLY - FCI EAST | 06-16-2005 | 04-03-2007 |
| FTD | A&O CMP E | A&O COMPLT-PND WRK ASSIGN EAST | 04-13-2005 | 06-16-2005 |

C.  EDUCATIONAL/VOCATIONAL PARTICIPATION:
Inmate Garcia-Cosme is very active in educational programming.

---------------------------- EDUCATION INFORMATION ----------------------------

| FACL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| DEV | ESL HAS | ENGLISH PROFICIENT | 09-12-2003 1050 | CURRENT |
| DEV | GED HAS | COMPLETED GED OR HS DIPLOMA | 10-04-1991 1512 | CURRENT |

---------------------------- EDUCATION COURSES ----------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| DEV | CARDIO | 02-04-2008 | CURRENT | | | | |
| DEV | MICROSOFT WORD 2003 VT 2 | 03-17-2008 | CURRENT | | | | |
| DEV LOW | (PG) ADV COMPUTER APPLICATIONS | 08-27-2007 | 02-22-2008 | P | C | M | 260 |
| DEV LOW | (PG) UNDERSTANDING RECIDIVISM | 10-15-2007 | 10-26-2007 | P | C | P | 10 |
| DEV LOW | INTRODUCTION TO TYPING I | 12-04-2007 | 01-04-2008 | P | C | P | 20 |
| DEV LOW | JUMP ROPE CARDIO CLASS | 08-13-2007 | 11-16-2007 | P | C | P | 36 |
| FTD GP | PERSONAL TRAINER | 11-11-2005 | 09-25-2006 | P | W | I | 0 |
| FTD GP | CPR CLASS | 11-11-2005 | 07-25-2006 | P | W | I | 0 |
| FTD GP | ASSESSMENTS | 11-14-2005 | 01-31-2006 | P | W | I | 0 |
| FTD GP | JUMP-FIT/ABS | 11-12-2005 | 01-23-2006 | P | C | P | 60 |
| FTD GP | AEROBICS FOR TODAY | 11-12-2005 | 12-24-2005 | P | W | V | 0 |

---------------------------- HIGH TEST SCORES ----------------------------

| TEST | SUBTEST | SCORE | TEST DATE | TEST FACL | FORM | STATE |
|---|---|---|---|---|---|---|
| CASAS | LIST CERT | 228.0 | 09-11-2003 | LOF | L54 | |
| | LIST PLACE | 218.0 | 07-31-2003 | LOF | 2 | |
| | READ CERT | 225.0 | 09-04-2003 | LOF | 524 | |
| | READ LEV B | 222.0 | 08-06-2003 | LOF | 33 | |
| | READ LEV C | 224.0 | 08-22-2003 | LOF | 35 | |
| | READ PLACE | 207.0 | 05-01-2002 | TAF | 3 | |

D.  COUNSELING PROGRAMS:
Inmate Garcia-Cosme has completed many counseling programs to include; English as a Second Language, Parenting Skills, Guitar and Softball Championships. He also meets with his unit team on an as needed basis.

E.  INCIDENT REPORTS:
Inmate Garcia-Cosme has not received an incident report since May of 2003.

   NO DISCIPLINARY INFRACTIONS INCURRED DURING THIS REPORTING TIME.

```
DEVCE             *           PROGRESS REPORT           *      04-11-2008
PAGE                                                           14:38:58
```

RSP OF: DEV DEVENS FMC                US DEPARTMENT OF JUSTICE BUREAU OF PRISONS
        42 PATTON ROAD
        AYER, MA 01432
        978 796-1000
NAME: GARCIA-COSME, JOSE              REG NO: 06883-069 AGE(DOB): 49/02-18-1959

| INMATE REVIEWED/SIGNATURE | DATE    | STAFF SIGNATURE |
|---|---|---|
| X (signature) | 4/11/08 | (signature) |

TYPE OF PROGRESS REPORT:
INITIAL ___ SIH ___ TRIENNIAL ___ PRE-RELEASE ___ TRANSFER ___ OTHER: ___

PRESENT SECURITY/CUSTODY LEVEL:
   LOW        /IN

OFFENSE/VIOLATOR OFFENSE:
21:846: CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE AT
LEAST 1 KILOGRAM BUT LESS THAN 3 KILOGRAMS OF HEROIN (CT. 1)

SENTENCE IMPOSED AND TERM OF SUPERVISION:
151 MONTHS       /    5 YEARS

DATE COMPUTATION BEGAN: 10-12-2001

| DAYS FSGT/WSGT/DGCT: | DAYS GCT OR EGT/SGT: | MONTHS SERVED: |
|---|---|---|
| 0  /0  /0 | 378 | + JAIL CREDIT - INOP TIME<br>M:      77  D: 31<br>+ 529     JC - 0       INOP |

PROJECTED RELEASE DATE: 04-16-2011  | PROJECTED RELEASE METHOD: GCT REL

DETAINERS/PENDING CHARGES:
PAROLE COMMISSION
        PAROLE VIOLATION. DOCKET #90-318 GG

CO-DEFENDANTS:
SEE PSI

DISTRIBUTION: ORIGINAL TO INMATE, COPY TO USPO, COPY TO USPC
              CENTRAL FILE - SECTION TWO                              BP-CLASS-3

NAME: GARCIA-COSME, JOSE          REG NO: 06883-069

F. INSTITUTIONAL MOVEMENT:
Inmate Garcia-Cosme transferred from Fort Dix, NJ to FMC Devens to help relieve overcrowding.

| INSTITUTION | ASSIGNMENT | REASON FOR MOVEMENT | EFFECTIVE DATE |
|---|---|---|---|
| DEV LOW | A-DES | TRANSFER RECEIVED | 04-03-2007 |

G. PHYSICAL AND MENTAL HEALTH:
Inmate Garcia-Cosme is considered healthy both mentally and physically. He is assigned a regular work duty status with no medical restrictions.

H. PROGRESS ON FINANCIAL RESPONSIBILITY PLAN:
Inmate Garcia-Cosme has completed his $100.00 special assessment fee.

| FRP ASSIGNMENT | | START DATE |
|---|---|---|
| COMPLT | FINANC RESP-COMPLETED | 04-11-2003 |

I. RELEASE PREPARATION PROGRAM & RELEASE PLANS:
Inmate Garcia-Cosme is participating in the pre release classes. A relase plan will be completed closer to the release date of April 16, 2011.

| CMA ASSIGNMENT (REL PREP) | | START DATE |
|---|---|---|
| RPP PART | RELEASE PREP PGM PARTICIPATES | 05-29-2007 |

PRE-RELEASE PREP DATE:         October 16, 2010

RESIDENCE:                     Caguas, Puerto Rico

EMPLOYMENT:                    To be determined.

USPO:                          District of Puerto Rico

J. RELEASE NOTIFICATIONS:

OFFENDER IS SUBJECT TO RELEASE NOTIFICATION PROVISIONS UNDER 18 USC 4042(B) DUE TO:
    CURRENT CONVICTION FOR A DRUG TRAFFICKING OFFENSE
    PRIOR CONVICTION FOR A DRUG TRAFFICKING OFFENSE

    18 USC 4042(B) NOTIFICATIONS APPLY TO INMATES RELEASING TO THE COMMUNITY WITH SUPERVISION

IS OFFENDER SUBJECT TO RELEASE NOTIFICATION PROVISIONS UNDER 18 USC 4042© DUE TO A CONVICTION FOR CERTAIN SEXUAL OFFENSES.

    ( ) YES  (XX) NO
    18 USC 4042© NOTIFICATIONS APPLY TO INMATES RELEASING TO THE COMMUNITY

DNA TEST STATUS: NEED

    DNA TESTING APPLIES TO INMATES WITH A QUALIFYING OFFENSE

DICTATED BY: _____   CASE MANAGER (DATE)   4/11/08
             CSW GH 3   MELISSA JOHNSON, CSW EXT.1325

REVIEWED BY: _____   UNIT MANAGER (DATE)   4/11/08
             H UNIT   T. CALABRO, U/M, EXT. 1305