Jose GARCIA COSME
06883-069- H-1
F.M.C.
DEVENS
P.O Box 879.
AYER MA. 01432

CENTRAL MA 015
08 AUG 2008 PM 3 L

Clerk's-office
United States District-Court-Puerto Rico
Room - 150 - Federal Building
San Juan. P.R. 00918-1767

00918/1703